| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:14-bk-10205<br>District of Rhode Island<br>Providence<br>Thu May 29 10:59:07 EDT 2014 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kerstin Spremulli<br>1928 Victory Highway<br>Coventry, RI 02816-4512 | Paul L Spremulli<br>1928 Victory Highway<br>Coventry, RI 02816-4512 | State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 |
| American Express<br>PO Box 1270<br>Newark NJ 07101-1270 | CCO Mortgage<br>PO Box 2800<br>Glen Allen VA 23058-2800 | Chase Bank USA, NA<br>PO Box 15145<br>Wilmington DE 19850-5145 |
| MRS Collections<br>1930 Olney Avenue<br>Cherry Hill NJ 08003-2016 | RBS Citizens, N.A.<br>PO Box 42010<br>Providence RI 02940-2010 | RISLA<br>PO Box 81071<br>Warwick RI 02888-0089 |
| Raymond C. Pelote, Esq.<br>Wynn & Wynn<br>90 New State Highway<br>Raynham MA 02767-5460 | Sallie Mae - Department of<br>Education Loan Services<br>PO Box 9635<br>Wilkes Barre PA 18773-9635 | Small Business Administration<br>Freedom Bank<br>2152 Mendon Road<br>Cumberland RI 02864-3805 |
| Kevin D. Heitke +<br>Heitke Law Office, LLC<br>365 Eddy Street<br>Providence, RI 02903-4252 | Lisa A. Geremia +<br>Geremia & DeMarco Ltd.<br>620 Main Street CU 3A<br>East Greenwich, RI 02818-3674 | Gary L. Donahue +<br>Office of the U.S. Trustee<br>10 Dorrance Street<br>Providence, RI 02903-2018 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Insolvency Unit - 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                  17 |