# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: : | |
| : | |
| **Paul L. Spremulli** : | Bk. No. 14-10205 |
| **Kerstin Spremulli** : | Chapter 7 |
| **Debtors** : | |

## TRUSTEE'S DECLARATION AND REQUEST
## FOR NOTICE TO FILE PROOFS OF CLAIM

Now comes the Chapter 7 Trustee, Lisa A. Geremia, and declares as follows:

1. Based upon my review of the file in this bankruptcy case, the schedules, and the estimated value of the property of the estate, a dividend to the below identified class(es) of creditors is likely;

2. Therefore, as Trustee, I request the Court to provide written notice to said creditors of the possibility of a distribution, and of the bar date for the filing of proofs of claim in order to participate in any dividend.

      X         Priority Creditors

      X         General Unsecured Creditors

                 Other (specify)

Dated: June 5, 2014

*/s/ Lisa A. Geremia*
Lisa A. Geremia, Trustee[#5541]
GEREMIA & DEMARCO, Ltd.
620 Main Street, CU 3A
East Greenwich, Rhode Island 02818
(401) 885-1444 Telephone
(401) 471-6283 Facsimile
Lisa@geremiademarco.com

UST-11